UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

SALVADOR BELTRE,

           Petitioner,

v.

UNITED STATES OF AMERICA,

           Respondent.

NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
08 Civ. 1683 (PAC)

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

         Respectfully submitted,

         MICHAEL J. GARCIA
         United States Attorney for the
           Southern District of New York

by:       /s/
        Daniel S. Goldman
        Assistant United States Attorney
        (212) 637-2289

TO:    Salvador Beltre
         #35946-004
         CI Moshannon Valley
         P.O. Box 2000
         Phillipsburg, PA 16866