```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 17 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
SALVADOR BELTRE,

          Petitioner,

  -against-

UNITED STATES OF AMERICA,

          Respondent.
------------------------------------------------------x

ORDER
1: 08 Civ. 01683 (PAC)
1: 05 Cr. 00208 (PAC)

HONORABLE PAUL A. CROTTY, United States District Judge:

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. In accordance with Rule 4 of the Rules Governing Section 2255 Proceedings in the United States District Courts, the United States Attorney for the Southern District of New York is hereby ordered to serve and file an answer by <u>Wednesday, May 7, 2008.</u> Respondent shall file with its answer, if any, the record on appeal, appellate briefs, and relevant trial and post-conviction records and transcripts. Petitioner may serve and file reply papers by <u>Wednesday, May 21, 2008.</u> The Clerk of the Court is directed to serve by certified mail copies of this Order, the petition, and petitioner's memorandum, if any, upon the United States Attorney for the Southern District of New York.

Dated: New York, New York
       March 17, 2008

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

Copy Mailed To:

Salvador Beltre
#35946-004
CI Moshannon Valley
P.O. Box 2000
Phillipsburg, PA 16866