

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 30 2008
```

BY HAND

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

      Re:  United States v. Salvador Beltre,
           05 Cr. 208, 08 Cv. 1683 (PAC)

Dear Judge Crotty:

    The Government writes to seek an extension of time within which to file its response to the above-captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255, filed <u>pro se</u> on February 27, 2008. By the Court's order of March 17, 2008, the Government was directed to file its response by May 7, 2008. The Government respectfully <u>requests an additional 30 days – until June 6, 2008 – to file its response</u> so that it may confer further with the petitioner's previous defense counsel and respond to the defendant's multiple arguments alleging ineffective assistance of counsel. Under the Court's briefing schedule outlined in the March 17 order, the <u>petitioner</u> had an additional two weeks to file a <u>reply, which would be June 20, 2008, under the revised briefing schedule requested herein.</u>

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ Daniel S. Goldman
Daniel S. Goldman
Assistant United States Attorney
Tel.: (212) 637-2289

*[Handwritten annotations:]*
↳ Gov't response by 6/6/08
↳ Petitioner's reply by 6/20/08

SO ORDERED: APR 30 2008

*/s/ Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

✱ Copies Mailed By Chambers ✱